IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROL S. LIGNELL, <br><br> Plaintiff, <br><br> vs. <br><br> CATHOLIC CHURCH, <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:09-cv-1151 CW <br><br> District Judge Clark Waddoups <br><br> Magistrate Judge Paul M. Warner |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). On May 6, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that (1) Plaintiff's complaint be dismissed, (2) Plaintiff's motion for leave to amend her complaint be denied,[1] and (3) Defendant's motion to dismiss be denied as moot.[2] After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, this case is DISMISSED. Each party shall bear its own costs.

SO ORDERED this 15th day of June, 2010.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] Docket No. 12.

[2] Docket No. 10.